DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLO MIRELES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR S 03-535-DFL |
| Plaintiff, | ) |
| v. | ) STIPULATION RELEASING DEFENDANT ) FROM PRE-SENTENCE CUSTODY UPON ) PREVIOUSLY-IMPOSED CONDITIONS OF |
| CARLO MIRELES, | ) RELEASE; PROPOSED ORDER ) |
| Defendant. | ) ) Judge: Hon. David F. Levi |
| _____ | ) |

     Defendant Carlo Mireles pleaded guilty on February 12, 2004. Mr. Mireles has cooperated with the United States by participating in debriefings and by assisting in the return of property obtained by proceeds derived from the activities underlying this case. Between December 22, 2003, and September 8, 2005, Mr. Mireles was out of custody and supervised by the Pretrial Services office without incident. In anticipation of his co-defendant Scott Poll's trial, to make himself available for pre-trial preparation, and to begin service of an anticipated sentence, Mr. Mireles voluntarily surrendered to

1 custody in the Eastern District on September 8, 2005.  Mr. Poll
2 subsequently decided to plead guilty.  However, his sentencing has been
3 postponed several times.  The current date for sentencing is August 3,
4 2006.  During this time, Mr. Mireles has remained in the Sacramento
5 County Jail.

6     Mr. Mireles hopes to receive a motion from the government for a
7 reduction in his sentence under §5K of the Sentencing Guidelines.  Both
8 the government's attorney and Mr. Mireles's attorney desire that this
9 potential motion be made after Mr. Poll is sentenced.  Thus, Mr.
10 Mireles's sentencing has been postponed indefinitely.

11     Because Mr. Mireles does not pose a flight risk or a danger to the
12 community if released and because there is no reason why the government
13 should continue to expend funds housing Mr. Mireles for an indefinite
14 period of time, the parties have agreed that he can and should be
15 released from detention pending sentencing.  Counsel for Mr. Mireles
16 has conferred with Pre-trial Services officers Sandra Hall and Robert
17 Duncan, who concur with the decision to return Mr. Mireles to pre-trial
18 supervision.  The parties stipulate and agree, therefore, that a
19 release order should issue forthwith from the court, ordering Mr.
20 Mireles's release from detention upon his personal recognizance and
21 upon the following previously-imposed conditions of release:
22     1.  Defendant Mireles may remain on release from custody
23     pending sentencing in this matter.
24     2.  Defendant Mireles shall remain subject to supervision by
25     the Pretrial Services Office.
26     3.  Defendant shall reside with his parents, his wife, and
27     child at 87-336 Kaohe Road, Captain Cook, Hawaii 96704, and
28     shall not change his residence without the express permission

1   of Pretrial Services.
2   4.  Defendant may travel only within the Eastern District of
3   California and the District of Hawaii.  He may travel outside
4   of these districts only with the express permission of
5   Pretrial Services.
6   5.  Defendant understands his obligations under the plea
7   agreement to continue cooperating with the government and to
8   continue making himself available for further debriefings or
9   testimony, if necessary.  By changing his residence to
10  Hawaii, defendant Mireles agrees to assume responsibility to
11  pay any increase in transportation costs above the costs the
12  government would normally have for transporting him from his
13  prior residence, for further debriefings, testimony, or
14  sentencing.
15  6.  All previously-imposed conditions of release shall remain in
16  effect.  Pretrial Services shall advise the Court and the parties
17  if it believes any other conditions are appropriate to
18 effectively supervise defendant Mireles and assure his presence
19 at all future proceedings.
20  7.  This order shall be served upon the Pretrial Services
21  office for the Eastern District of California and the
22  District of Hawaii and the parties.

23 Dated:  May 19, 2006                    Respectfully submitted,
24 McGREGOR W. SCOTT
United States Attorney
25

26 /s/ Daniel Broderick for        /s/ Daniel J. Broderick
   S. ROBERT TICE-RASKIN           DANIEL J. BRODERICK
27 Assistant U.S. Attorney         Acting Federal Defender
   Attorneys for Plaintiff         Attorney for Defendant
28                                 CARLO MIRELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S 03-535-DFL |
| Plaintiff, ) | |
| ) | ORDER MODIFYING CONDITIONS OF |
| v. ) | RELEASE |
| CARLO MIRELES, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties, filed on May 19, 2006, and for the reasons stated therein, IT IS HEREBY ORDERED that Carlo Mireles shall forthwith be released from custody upon his personal recognizance and upon the following conditions of release:

1. Defendant Mireles may remain on release from custody pending sentencing in this matter.

2. Defendant Mireles shall remain subject to supervision by the Pretrial Services Office.

3. Defendant shall reside with his parents, his wife, and child at 87-336 Kaohe Road, Captain Cook, Hawaii 96704, and shall not change his residence without the express permission of Pretrial Services.

4. Defendant may travel only within the Eastern District of California and the District of Hawaii.  He may travel outside of these districts only with the express permission of

1  Pretrial Services.
2  5. Defendant Mireles shall be responsible for paying any
3  increase in transportation costs above the costs the
4  government would normally have for transporting him from his
5  prior residence, for further debriefings, testimony, or
6  sentencing.
7  6.  All previously-imposed conditions of release shall remain
8  in effect.  Pretrial Services shall advise the Court and the
9  parties if it believes any other conditions are appropriate
10 to effectively supervise defendant Mireles and assure his
11 presence at all future proceedings.
12 7.  This order shall be served upon the Pretrial Services
13 office for the Eastern District of California and the
14 District of Hawaii and the parties.
15 DEFENDANT IS FURTHER ADVISED that he shall appear on time at all
16 proceedings as required and shall surrender for service of any sentence
17 imposed as directed.  It is a criminal offense under Title 18 U.S.C.
18 §3146, if, after having been released, the defendant knowingly fails to
19 appear as required by the conditions of release, and any term of
20 imprisonment imposed for failure to appear or surrender shall be
21 consecutive to any sentence imposed for any other offense.

Dated: May 22, 2006

_____
DAVID F. LEVI
United States District Judge

2