```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-CR-00535-DLJ |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| CARLO MIRELES, ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about December 21, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), incorporating 28 U.S.C. § 2461(c) and/or 18 U.S.C. § 982(a)(1), based upon the plea agreement entered into between plaintiff and defendant Carlo Mireles forfeiting to the United States the following property:

      a.    $102,274.12 in the form of check number 082065 from Fidelity National Title Agency as the sub res in lieu of the real property located at 9961 Cerbat Court, Las Vegas, Nevada, APN: 177-26-612-048, recorded owner Carlo R. Mireles[1];

      b.    $19,788.58 in the form of a check seized on or

---

[1] See the Stipulation and Order Regarding Sale of Real Property filed November 9, 2004, in this action.

|   |   |   |
|---|---|---|
| 1 |   | about March 5, 2004, in Sacramento, California by the Internal Revenue Service - Criminal Investigation in lieu of the real property located at 87-3199 Kaohe Road, Captain Cook, Hawaii; and |
| 2 |   |   |
| 3 |   |   |
| 4 | c. | $10,185.00 in the form of cashier's check number 0648203258 seized on or about May 28, 2004, in Sacramento, California in lieu of a 2003 Harley Davidson FXSTSI, Springer Softail. |
| 5 |   |   |
| 6 |   |   |

AND WHEREAS, on March 7, 14, and 21, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), incorporating 28 U.S.C. § 2461(c) and/or 18 U.S.C. § 982(a)(1), to be disposed of according to law, including all right, title, and interest of Carlo Mireles.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The Department of Treasury shall maintain custody of and

1 control over the subject property until it is disposed of according
2 to law.
3     SO ORDERED THIS ____3rd____ day of ___October___, 2007.

                                    _____
                                    D. LOWELL JENSEN
                                    United States District Judge