**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    )<br>                                                             )<br>               **vs.**                           )     **Docket Number:  2:03CR00535-02**<br>                                                             )<br>**Carlo Ricardo MIRELES**            )<br>_____)| |

**LEGAL HISTORY:**

On September 11, 2007, the above-named was sentenced to 16 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on March 21, 2008. Special conditions included: Search; Financial disclosure; and Do no incur new credit charges or open additional lines of credit without approval of the probation officer.

**SUMMARY OF COMPLIANCE:**

Mr. Mireles is supervised in the District of Hawaii. He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Mireles has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Carlo Ricardo MIRELES
      Docket Number:  2:03CR00535-02
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                    Respectfully submitted,


                     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**


Dated:      October 28, 2009
            Elk Grove, California
            DAS/cj



cc:   AUSA Robert Tice-Raskin (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) ) | |
| vs.    ) ) | **Docket Number: 2:03CR00535-02** |
| **Carlo Ricardo MIRELES**   ) ) | |

On March 21, 2008, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:   October 28, 2009
    Elk Grove, California
    DAS/cj

**RE:   Carlo Ricardo MIRELES
Docket Number:  2:03CR00535-02
ORDER TERMINATING SUPERVISED RELEASE
<u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

<u>November 17, 2009</u>                                 <u>/s/ John A. Mendez</u>
**Date**                                                                **John A. Mendez
                                                                           United States District Judge**

DAS/cj

Attachment:  Recommendation

cc:  United States Attorney's Office